UNITEDSTATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHN KADERLY, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-07-225 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| Respondent. | § | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

    Pending is respondent's motion for an extension of time to file his answer and responsive pleading (D.E. 11). Petitioner filed no response. According to the Local Rules for the Southern District of Texas, failure to file a response is deemed a representation that the party is not opposed to the granting of the relief requested. LR7.4. The motion is granted. Respondent's answer and responsive pleading are due on or before **Friday, August 24, 2007**.

    ORDERED this 9th day of August, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

1 / 1