UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHN KADERLY,<br>Petitioner | § § § | |
| v. | § § | CASE No. C-07-225 |
| NATHANIEL QUARTERMAN<br>Respondent | § § § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION AND DENYING DEFAULT JUDGMENT

The United States Magistrate Judge filed her Memorandum and Recommendation on September 4, 2007 regarding petitioner's second Motion for Default Judgment. (D.E. 18, 16). Petitioner timely filed objections. (D.E. 20).

Respondent received an extension and timely filed a motion for summary judgment within the time granted. (D.E. 12, 15). Petitioner fails to demonstrate any bad faith on the part of respondent. This minor delay does not violate petitioner's right to due process.

Having reviewed de novo the Magistrate Judge's Memorandum and Recommendation, the pleadings on file, and petitioner's objections, the Court accepts the Magistrate Judge's recommended decision. Accordingly, the Court DENIES petitioner's Second Motion for Default Judgment.

ORDERED this ___/ _/___ day of ___Nov___ 2007.

_____
HAYDEN HEAD
CHIEF JUDGE