UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHN KADERLY,<br>　　　Petitioner | §<br>§<br>§ | |
| v. | §<br>§ | Civ. No. CC-07-225 |
| NATHANIEL QUARTERMAN<br>DIRECTOR, TEXAS DEP'T<br>OF CRIMINAL JUSTICE—<br>CORRECTIONAL INSTITUTIONS<br>DIVISION,<br>　　　Respondent | §<br>§<br>§<br>§<br>§<br>§<br>§ | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION AND GRANTING SUMMARY JUDGMENT

Pending before the Court is respondent Quarterman's Motion for Summary Judgment. (D.E. 15) On January 11, 2008, the United States Magistrate Judge filed a Memorandum and Recommendation (D.E. 28) addressing the motion. Petitioner timely filed objections. (D.E. 32) Petitioner's objections merely repeat his argument for equitable tolling.

Having considered *de novo* the pleadings, motions, responses, and objections, the Court accepts the recommended decision of the Magistrate Judge. The Court GRANTS Respondent's Motion for Summary Judgment.

The Fifth Circuit permits this Court to deny *sua sponte* a certificate of appealability. *Alexander v. Johnson*, 211 F.3d 895, 898 (5th Cir. 2000). The Magistrate Judge recommended that petitioner be denied a certificate of appealability because reasonable jurists would not find the Court's assessment of

the constitutional claims debatable or wrong. *See Slack v. Daniel*, 529 U.S. 473, 484 (2000). The Court adopts the Magistrate Judge's recommended decision and ORDERS that a certificate of appealability not issue in this case.

ORDERED this __23__ day of __Feb__, 2008.

_____
HAYDEN HEAD
CHIEF JUDGE